No. 85-6493.  KAHN v. UNITED STATES.  C. A. 4th Cir.
Certiorari denied.

No. 85-6503.  VELLA v. UNITED STATES.  C. A. 11th Cir.
Certiorari denied.

No. 85-6505.  RIVERA v. GREEN ET AL.  C. A. 9th Cir.
Certiorari denied.

No. 85-6513.  WRENN v. WALTERS, ADMINISTRATOR, VETER-
ANS ADMINISTRATION.  C. A. D. C. Cir.  Certiorari denied.

No. 85-6520.  MEYER v. UNITED STATES.  C. A. 9th Cir.
Certiorari denied.

No. 85-6522.  ISENBERG v. UNITED STATES.  C. A. 3d Cir.
Certiorari denied.

No. 85-6532.  TRIPP v. UNITED STATES.  C. A. 6th Cir.
Certiorari denied.

No. 85-6537.  HOOKS v. UNITED STATES.  C. A. 10th Cir.
Certiorari denied.

No. 85-6539.  HAIRSTON v. UNITED STATES.  C. A. 6th Cir.
Certiorari denied.

No. 85-6543.  JACKSON v. UNITED STATES.  C. A. 11th Cir.
Certiorari denied.

No. 85-6564.  JAMES v. UNITED STATES.  C. A. 5th Cir.
Certiorari denied.

No. 85-6567.  RODERICK v. UNITED STATES.  C. A. 4th Cir.
Certiorari denied.

No. 85-6569.  HERNANDEZ v. UNITED STATES.  C. A. 9th Cir.
Certiorari denied.

No. 85-6577.  SOTELO v. UNITED STATES.  C. A. 5th Cir.
Certiorari denied.

No. 85-6579.  VOLINO v. UNITED STATES.  C. A. 3d Cir.
Certiorari denied.

No. 85-6582.  TIERNO v. UNITED STATES.  C. A. 3d Cir.
Certiorari denied.